UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BESTWAY (USA), INC. et al., <br><br>        Plaintiffs, <br><br>  -v.- <br><br>MERKURY INNOVATIONS, LLC, <br><br>        Defendant. | 24 Civ. 3078 (JHR) <br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

  Plaintiffs commenced this action on April 22, 2024, *see* ECF No. 1, and filed a motion for a preliminary injunction on May 3, 2024, *see* ECF Nos. 10-15. The docket does not reflect that Plaintiffs have served Defendant with the summons and Complaint or with Plaintiffs' motion for a preliminary injunction and supporting papers.

  It is hereby ORDERED that, **within two business days of the date of this Order**, Plaintiffs shall serve on Defendant, by personal service and also by overnight courier, (i) the summons and Complaint; (ii) Plaintiffs' motion for a preliminary injunction and supporting papers; and (iii) a copy of this Order. **Within two business days of service**, Plaintiff shall file proof of such service.

  SO ORDERED.

Dated: May 7, 2024
   New York, New York

                          _____
                          JENNIFER H. REARDEN
                          United States District Judge