UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BESTWAY (USA), INC. and BESTWAY INFLATABLES & MATERIAL CORP.,

                 Plaintiffs,

-v-

MERKURY INNOVATIONS, LLC,

                 Defendant.

CIVIL ACTION NO. 24 Civ. 3078 (JHR) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request to adjourn the settlement conference scheduled for June 28, 2024 is GRANTED. By **July 3, 2024**, the parties shall file a joint letter reporting on the status of their settlement discussions and providing three (3) dates on which all necessary parties are available for a settlement conference with the Court.

The Clerk of Court is respectfully directed to terminate the June 28, 2024 settlement conference.

Dated:    New York, New York
            June 27, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**